# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH M. SPARKS,

       JUDGMENT IN A CIVIL CASE

   v.

       C10-5142 RBL

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS, *et al.*,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**

| May 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

          *s/ Mary Trent*
          Deputy Clerk